**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-MC-00035-RSL |
| Plaintiff, | (2:08-CR-00376-JCC-1) |
| v. | **Continuing Garnishee Order** |
| KEVIN D. STEELE, | |
| Defendant/Judgment Debtor, | |
| and | |
| FIDELITY INVESTMENTS, | |
| Garnishee. | |

A Writ of Continuing Garnishment, directed to Garnishee, Fidelity Investments, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Fidelity Investments filed an Answer on May 3, 2017 [doc. no. 8], stating that at the time of the service of the Writ, it had in its possession, custody, or control, an IRA Rollover account, valued at $20,233.15, as of April 28, 2017, in which Mr. Steele maintains an interest.

After notification of the garnishment proceeding was mailed to the parties on or about April 21 and 28, 2017, Mr. Steele has not requested a hearing to determine exempt property as of this date.

**CONTINUING GARNISHEE ORDER** (*USA v. Kevin D. Steele & Fidelity Investments, Court Nos.* 2:08-CR-00376-JCC-1 / 2:17-MC-00035-RSL) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Fidelity Investments, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service, if any) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the IRA Rollover account, in which the Defendant maintains an interest;

That such payment shall be applied to Defendant/Judgment Debtor Steele's outstanding restitution and fine obligations, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:08-CR-00376-JCC-1 and 2:17-MC-00035-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 7th day of August, 2018.

*MM S Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:


s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Kevin D. Steele & Fidelity Investments, Court Nos.* 2:08-CR-00376-JCC-1 / 2:17-MC-00035-RSL) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970